UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KARYN J BROBYSKOV, )
) CASE NO. C13-1318-JLR-MAT
Plaintiff, )
)
v. )
) REPORT AND RECOMMENDATION
CAROLYN W. COLVIN, Acting )
Commissioner of Social Security, )
)
Defendant. )
_____ )

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 20.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence fourt of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge shall: (1) provide the claimant with an opportunity to submit additional evidence; (2) re-evaluate the claimant's mental impairments pursuant to the special technique in 20 C.F.R. § 404.1520a; (3) re-evaluate the

nature and severity of the claimant's impairments; (4) reconsider the claimant's residual functional capacity, and, in so doing, further evaluate the opinion evidence from the treating and examining sources; (5) further evaluate the lay witness testimony, pursuant to Social Security Ruling 06-03p; (6) give the claimant an opportunity for a hearing; and (7) issue a new decision. Also, upon proper application, the Court will consider plaintiff's application for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412, *et seq*.

The Court recommends that United States District Judge James L. Robart immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this 9th day of January, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge